# CASE ANNOUNCEMENTS

*October 29, 2008*

[Cite as *10/29/2008 Case Announcements*, 2008-Ohio-5467.]

## MERIT DECISIONS WITHOUT OPINIONS

**2008–0821. State ex rel. Baldwin v. Hyde.**
In Mandamus. On complaint in mandamus of Yvette Barbara Baldwin. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1611. State ex rel. Thomson v. State Bd. of Psychology.**
In Mandamus. On relator's complaint in mandamus and motion to amend affidavit of prior actions, respondent Bureau of Motor Vehicles' answer and motion for judgment on the pleadings, respondent State Board of Psychology's answer, and relator's motions audi alteram partem. Motion for judgment on the pleadings granted. Relator's motions denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1640. State ex rel. Whiteside v. Sheets.**
In Mandamus. On complaint in mandamus of Norman V. Whiteside. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.
CUPP, J., dissents and would grant an alternative writ.

**2008–1663. State ex rel. Garner v. Court of Appeals, Eleventh Appellate Dist.**
In Mandamus. On relator's complaint in mandamus and motion to amend complaint and respondents' motions to dismiss. Motion to amend complaint granted. Motions to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1823. Crosswhite v. Tambi.**
In Habeas Corpus. On petition for writ of habeas corpus of Donald Crosswhite. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1865. Berry v. Beightler.**
In Habeas Corpus. On petition for writ of habeas corpus of Vernon Berry. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2008–0661. State v. Hunter.**
Cuyahoga App. No. 89456, 2008-Ohio-794. On motion to lift stay of briefing schedule. Motion granted. The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Cuyahoga County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.